UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Thorsten Gerfred Faerber**
5409 Saint Lyonn Place
Marietta, GA 30068

xxx−xx−7085

Case No.: **15−69028−crm**
Chapter: **11**
Judge: **C. Ray Mullins**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**April 28, 2016** at **11:00 AM** in **Courtroom 1203, Atlanta** to consider and act upon the following:

Motion by Acting United States Trustee to Dismiss or Convert Case

United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: March 23, 2016

Form 165